District Judge Robert S. Lasnik
Magistrate Judge Michelle L. Peterson

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

KAYLEE SMITH, individually, and JOHN
SMITH, individually and as Limited Guardian
Ad Litem for N.S., a minor,

                              Plaintiffs,

        v.

UNITED STATES OF AMERICA,

                              Defendant.

CASE NO.  2:19-cv-00788-RSL-MLP

**ORDER ON THE JOINT
RESPONSE TO COURT'S ORDER
TO SHOW CAUSE AND
REQUEST FOR ADDITIONAL
TIME TO FINALIZE
SETTLEMENT**

        Having reviewed the Joint Response to the Court's Order to Show Cause (Dkt. 35), it is

hereby

        ORDERED that the parties shall submit a copy of the State Court's Order approving the

settlement and file a stipulation for dismissal no later than July 1, 2020.  All current deadlines are

stricken from the calendar.

MICHELLE L. PETERSON
United States Magistrate Judge

ORDER
2:19-cv-00788-RSL-MLP - 1

THADDEUS P. MARTIN
3015  Bridgeport Way West
University Place, WA 98466
(253) 682-3420

1

2

3

4   PRESENTED BY:

5

6

7   by: _s/   Thaddeus P. Martin_
8   THADDEUS P. MARTIN, WSBA No. 28175
    Law Offices of Thaddeus P. Martin
9   3015 Bridgeport Way W.
    University Place, Washington 98466
10  Telephone: 253-682-3420
11  Email: thad@thadlaw.com
    Attorney for Plaintiffs

12

13  BRIAN T. MORAN
14  United States Attorney

15   _s/ Heather C. Costanzo_
16  HEATHER C. COSTANZO, FL No. 37378
    Assistant United States Attorney
17  United States Attorney's Office
    700 Stewart Street, Suite 5220
18  Seattle, Washington 98101-1271
19  Phone:  206-553-7970
    Fax:  206-553-4067
20  Email: heather.costanzo@usdoj.gov
21  Attorneys for Defendant United States

22

23

24

25

26

27

28

ORDER
2:19-cv-00788-RSL-MLP - 2

THADDEUS P. MARTIN
3015  Bridgeport Way West
University Place, WA 98466
(253) 682-3420

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

ORDER
2:19-cv-00788-RSL-MLP - 3

THADDEUS P. MARTIN
3015  Bridgeport Way West
University Place, WA 98466
(253) 682-3420