UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

KAYLEE SMITH, *et al.*,

            Plaintiffs,

   v.

UNITED STATES OF AMERICA,

            Defendant.

Case No. C19-788 RSL-MLP

ORDER

Plaintiffs Kaylee Smith, individually, and John Smith, individually and as limited guardian ad litem for minor N.S., brought this tort action in May 2019 regarding a vehicle accident. (Dkt. # 1.) Specifically, Plaintiffs allege that a Navy service member caused the vehicle collision at issue. (*Id.*). The parties submitted a notice of settlement on April 30, 2020 indicating that all claims against all parties had been resolved. (Dkt. # 34.) The parties were ordered to show cause regarding whether the guardian ad litem believed the minor's interest was safeguarded and whether the Court should approve the settlement. (Dkt. # 35.) On May 29, 2020, the parties submitted a response indicating a settlement guardian ad litem had been appointed in Pierce County Superior Court that recommended approval of the settlement. (Dkt. # 36.) On June 22, 2020, the parties provided a copy of an order from Pierce County Superior Court approving

ORDER - 1

the settlement of the minor. (Dkt. # 39.) The parties subsequently submitted a stipulation and proposed order of dismissal. (Dkt. # 40.) Because the parties stipulate to dismissal of this matter, all claims and causes of action in this matter are dismissed with prejudice and without cost or attorney fees to any party. The Clerk is directed to send copies of this Order to the parties and to the Honorable Michelle L. Peterson.

DATED this 20th day of July, 2020.

_____
ROBERT S. LASNIK
United States District Judge

Recommended for Entry this
25th day of June, 2020.

_____
MICHELLE L. PETERSON
United States Magistrate Judge

ORDER - 2